## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

YASINI DOE; JAWAD DOE; REZA DOE

Plaintiffs,

*versus*

U.S. DEPARTMENT OF STATE, *et al.*,

Defendants.

**Case No. 1:25-cv-3676**

### AFFIDAVIT OF SERVICE

I, Paula Pacheco Soto, upon my personal knowledge, hereby declare as follows:

1.      I am a litigation coordinator employed by the International Refugee Assistance Project, whose attorneys represent the Plaintiffs in this matter. I am over the age of eighteen years, am not a party to this action, and have personal knowledge of the facts contained herein.

2.      On November 19, 2025, I served the following document(s) described as: ECF 1 COMPLAINT; ECF 1-1 CIVIL COVER SHEET; ECF 8 SUMMONS ISSUED AS TO DOS, MARCO RUBIO, U.S. ATTORNEY'S OFFICE FOR D.C. AND U.S. ATTORNEY GENERAL; ECF 8-1 NOTICE OF RIGHT TO CONSENT TO MAGISTRATE; COMPLETE DOCKET REPORT; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE CARL J. NICHOLS to the following parties by certified mail:

U.S. ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. ATTORNEY
Civil Process Clerk
U.S. Attorney's Office for D.C.
555 4th Street, NW
Washington, D.C. 20530

U.S. SECRETARY OF STATE, MARCO RUBIO
U.S. DEPARTMENT OF STATE
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs,
Suite 5.600, 600 19th Street NW,
Washington DC 20522

U.S. DEPARTMENT OF STATE
The Executive Office of the Legal Adviser and Bureau of Legislative Affairs,
Suite 5.600, 600 19th Street NW,
Washington DC 20522

3.      True and correct copies of certified mail receipts from the U.S. Postal Service are attached as Exhibit A.

4.      True and correct copies of delivery confirmation from the U.S. Postal Service are attached as Exhibit B.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed in Brooklyn, New York on December 2, 2025.

_____
Paula Pacheco Soto

# EXHIBIT A

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery   $ _____

**Postage**

$

**Total Postage and Fees**

$

NOV 2025

Postmark
Here

**Sent To**
Civil Process Clerk, US AO for DC

**Street and Apt. No., or PO Box No.**
601 D Street NW

**City, State, ZIP+4®**
Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047            See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required            $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

NOV 2025

**Postage**

$

**Total Postage and Fees**

$

Sent To  Pamela Bondi, U.S Dept. of Justice

Street and Apt. No., or PO Box No.  950 Pennsylvenia Ave NW

City, State, ZIP+4®  Weshington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

NOV 2025

Postage

$

Total Postage and Fees

$

Sent To
DOS Executive Office of the Legal Adviser

Street and Apt. No., or PO Box No.
Suite 5.600, 600 18th St NW

City, State, ZIP+4®
Weshington, DC, 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

**Postage**

$

**Total Postage and Fees**

$

Postmark Here

NOV 2025

RESTORATION PLAZA FINANCE STATION
BROOKLYN, NY
11 227 9996

**Sent To** Department of State

**Street and Apt. No., or PO Box No.** Suite 5.600, 600 18th St NW

**City, State, ZIP+4®** Washington, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# EXHIBIT B

ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINAL...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701874149007

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:56 am on November 24, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
November 24, 2025, 4:56 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

Text & Email Updates                                     ⌄

---

USPS Tracking Plus®                                       ⌄

---

Product Information                                       ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINAL…**

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

## 95890710527018741448987

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 6:05 am on November 24, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20521
November 24, 2025, 6:05 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**        ⌄

**USPS Tracking Plus®**        ⌄

**Product Information**        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINAL…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701874148994

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 6:05 am on November 24, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20521
November 24, 2025, 6:05 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Feedback

Track Another Package

USPS.com® - USPS Tracking® Results

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINAL…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052701874148970

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:56 am on November 24, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
November 24, 2025, 4:56 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Enter tracking or barcode numbers